UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18CR00208-001(D)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| NECOLE JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Government's motion to seal the unredacted declaration and exhibits (D.E. 134) related to the Government's notice of supplemental filing (D.E. 133). For good cause having been shown, and for the reasons explained by the Government in its motion to seal, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal the declaration and exhibits (D.E. 134) related to the Government's notice of supplemental filing (D.E. 133).

SO ORDERED this 13 day of June, 2022.

JAMES C. DEVER III
United States District Judge

1